ters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.

No. 05M27. HARVESTON *v.* KELLY, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY;

No. 05M28. NOAKES *v.* NEW JERSEY; and

No. 05M29. MCNAMARA *v.* HARRISON, WARDEN. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 11, Orig. NEW JERSEY *v.* DELAWARE. Motion to reopen and for supplemental decree denied. Alternative motion for leave to file bill of complaint granted. Defendant is allowed 30 days within which to file an answer. This proceeding shall be docketed as case No. 134, Original. [For earlier order herein, see, *e. g.,* 305 U. S. 576.]

No. 04–10063. PEREA *v.* BUSH, PRESIDENT OF THE UNITED STATES. C. A. D. C. Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 804] denied. THE CHIEF JUSTICE took no part in the consideration or decision of this motion.

No. 04–10683. WELLS *v.* CITY OF BEVERLY HILLS, CALIFORNIA, ET AL. C. A. 9th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 804] denied.

No. 05–381. WEYERHAEUSER CO. *v.* ROSS-SIMMONS HARDWOOD LUMBER CO., INC. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 05–5456. IN RE ARANDA. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 810] denied.

No. 05–5615. PEREA *v.* BUSH, PRESIDENT OF THE UNITED STATES. C. A. 9th Cir. Motion of petitioner for reconsideration